# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBIE DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-10-278-HE |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Debbie Dixon filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits and supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Doyle W. Argo,, who recommends that the decision of the Commissioner be affirmed.

Plaintiff, having failed to object to the Report and Recommendation, waived her right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Magistrate Judge Argo's Report and Recommendation and affirms the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 21st day of December, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE